THIS OPINION HAS NO
PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Robert Frain,       
 Appellant.
 
 
 

Appeal From Aiken County
Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 
2005-UP-527
Submitted August 1, 2005  Filed September 15, 2005

AFFIRMED

 
 
 
 Assistant Appellate Defender
 Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia,
 for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Senior Assistant
 Attorney General Norman Mark Rapoport, Office of the Attorney General,
 all of Columbia; and 
 Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Robert
Frain appeals his convictions for exposure of private parts in a lewd and
lascivious manner arguing he was entitled to a directed verdict because no
credible evidence existed to support a finding that the exposure occurred in a
public place.  Affirmed[1]
pursuant to Rule 220(b)(2), SCACR, and the following authorities:  State
v. Parler, 217 S.C. 24, 26, 59 S.E.2d 489, 489 (1950) (holding if a
defendant makes a motion for a directed verdict at the close of the States
case, he must make another directed verdict motion at the close of all of the
evidence in order to appeal the sufficiency of the evidence); State
v. Adams, 332 S.C. 139, 504 S.E.2d 124 (Ct. App. 1998) (finding the
defendants argument not preserved for review because the record did not
reflect that he renewed his motion for a directed verdict the motion at the
close of his case).
AFFIRMED.
HEARN, C.J. and STILWELL and
KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.